JOHN E. SILSON, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the verdict to the sum of $150,000 in which event, the judgment as so modified is affirmed, without costs. In our opinion the amount awarded by the jury is excessive. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Probate of the Will of SAMUEL J. RECKFORD, Deceased. In the Matter of the Application for a Compulsory Accounting in the Estate of FLORENCE L. RECKENDORFER, Deceased. JANET RECKFORD et al., as Executors of JOSEPH S. RECKFORD, Deceased, et al., Appellants; RICHARD P. LIMBURG, as Executor of SAMUEL J. RECKFORD, Deceased, et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *post*, p. 761.]

RIEGEL TEXTILE CORPORATION, Respondent, v. M. ITZKOWITZ & SONS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Breitel and Bergan, JJ.